MORRIS MILCHMAN, Respondent, v. CALCAR REALTY CORPORATION, Appellant,

and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.